DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. KELLY

    No. 28 PC.

    Case below: 13 N.C. App. 588.

    Petition for writ of certiorari to North Carolina Court of Appeals allowed 4 April 1972.


STATE v. KISTLER

    No. 5 PC.

    Case below: 13 N.C. App. 431.

    Petition for writ of certiorari to North Carolina Court of Appeals allowed 4 April 1972.


STATE v. KISTLER

    No. 118.

    Case below: 13 N.C. App. 431.

    Motion of Attorney General to dismiss petition for writ of certiorari as improvidently granted allowed 25 April 1972.


STATE v. MARTIN

    No. 49.

    Case below: 13 N.C. App. 613.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 13 April 1972.


STATE v. MARTIN

    No. 115.

    Case below: 13 N.C. App. 613.

    Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 25 April 1972.